IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REX DEAN PENLAND, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:12CV1169 |
| ) | 1:10CR25-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On October 2, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #48] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #45], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion [Doc. #33] and Amended Motion [Doc. #34] to vacate, set aside or correct sentence are DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This the 20th day of November, 2015.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge